THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JARROD BROWN, Respondent.

Submitted June 16, 2014; decided June 26, 2014

Motion for assignment of counsel granted and Scott A. Rosenberg, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the respondent on the appeal herein.